**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THIERRY-LAMARRE BEY, | Civil Action No. 14-4802 |
| Plaintiff, | |
| v. | |
| ANDREA L. CHERRY, et al., | ORDER |
| Defendants. | |

This matter having come before the Court by way of Defendants the Township of Montclair, Kathleen Kumanyika, and David P. Sabagh's (the "Municipal Defendants") unopposed motion to dismiss Plaintiff Thierry-Lamarre Bey's ("Plaintiff") Complaint pursuant to Federal Rules of Civil Procedure 8(a), 12(b)(1), and 12(c) [Dkt. No. 11] and Plaintiff's motion for default judgment against Defendant Andrea L. Cherry [Dkt. No. 13];

and for the reasons set forth in an Opinion issued on this date;

IT IS on this 21st day of January, 2015,

ORDERED that the Municipal Defendants' motion to dismiss [Dkt. No. 11] is **GRANTED**; and it is further

ORDERED that Plaintiff's Motion for Default Judgment [Dkt No. 13] is **DENIED WITH PREJUDICE**; and it is further

ORDERED that this matter is **CLOSED.**

/s Madeline Cox Arleo
Hon. Madeline Cox Arleo
United States District Judge